1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
                                DISTRICT OF NEVADA
7
8    JAY LAUGHLIN,                        )        3:07-CV-0574-ECR (RAM)
                                          )
9              Plaintiff,                 )
                                          )
10                                        )        REPORT AND RECOMMENDATION
         vs.                              )        OF U.S. MAGISTRATE JUDGE
11                                        )
     FHR CORPORATION dba RENO             )
12   HILTON, CULINARY UNION,              )
                                          )
13             Defendants.                )
     _____)
14
15          This Report and Recommendation is made to the Honorable Edward C. Reed, Jr., Senior

16   United States District Judge.  The action was referred to the undersigned Magistrate Judge pursuant

     to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.
17
            Defendants FHR Corporation and Ed Kastelitz have filed a Motion to Quash (Doc. #10).
18
     There has been no opposition.
19
            LR 7-2(d) provides in pertinent part that "The failure of an opposing party to file points and
20
     authorities in response to any motion shall constitute to a consent to the granting of the motion."
21
     Since the Plaintiff has filed no opposition to the Defendants' Motion, the Motion should be granted
22
     pursuant to this Rule.
23
            Over and above Plaintiff's failure to oppose the Motion, it appears that the Motion is
24
     meritorious. In this case a Summons issued for and directed to FHR Corporation dba Reno Hilton
25
     was served on Defendant Ed Kastelitz.  This is insufficient service on Mr. Kastelitz as a Defendant
26
     as the Summons was not issued in his name. Since Mr. Kastelitz is neither an "Officer, Managing
27
28

1  or General Agent, or . . . other agent authorized by appointment or by law to receive service of

2  process" for FHR Corporation the service on Mr. Kastelitz was invalid as to FHR Corporation.

3        There has been no valid service in this case and Defendants' Motion to Quash (Doc. #10)

4  should be granted.

5                            RECOMMENDATION

6        IT IS HEREBY RECOMMENDED that the District Court enter an Order quashing service

7  in this matter as to Defendants FHR Corporation and Ed Kastelitz.

8        DATED:   May 1, 2008.

9

10                            _____

11                            UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2