```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | | |
|---|---|---|
| JAY LAUGHLIN, | ) | 3:07-CV-0574-ECR-RAM |
| | ) | |
|     Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: MAY 22, 2008 |
| | ) | |
| FHR CORPORATION dba RENO HILTON, | ) | |
| CULINARY UNION, | ) | |
| | ) | |
|     Defendants, | ) | |

PRESENT:   EDWARD C. REED, JR.                              U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN         Reporter:   NONE APPEARING

Counsel for Plaintiff(s)              NONE APPEARING

Counsel for Defendant(s)              NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On May 1, 2008, the Magistrate Judge filed a Report and Recommendation (#12), recommending that the Motion (#10) filed by FHR Corporation and Ed Kastelitz to quash service of the summons be granted. No objections were filed within the time required by the Rules.

    The Motion to Quash (#10) is well taken. **IT IS HEREBY ORDERED** that the Report and Recommendation is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Motion to Quash (#10), filed by FHR Corporation and Mr. Kastelitz is **GRANTED**.

                                                            LANCE S. WILSON, CLERK

                                                         By       /s/
                                                                  Deputy Clerk